UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


Order of Dismissal

Civil **10-938(SRC)**

**Local 734 Pension Fund**

 **v.**

**Eden Wood**


---------------------------------------------


It having been reported to the Court that the above-captioned action has been

settled, and that the request for an order of dismissal is not based on a desire to adjourn or

delay the proceedings herein;

IT IS on this ³⁰ᵗʰ OF November , 2010

ORDERED THAT:


(1) This action is hereby DISMISSED without cost and **without prejudice** to the
right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement
is not consummated; and


(2)  If any party shall move to set aside this Order of Dismissal as provided in the
first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the
Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions
of any settlement entered into between the parties.

 s/Stanley R. Chesler, U. S. D. J.